# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TIMOTHY MADDEN SENNOTT | § | Case No. 13-09380 |
| LIANE LEILANI SENNOTT | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/12/2013 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 69,663.12 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 17,909.84 |
| Bank service fees | | 1,031.08 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 30,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 20,722.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/21/2014 and the deadline for filing governmental claims was 08/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,716.31 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,716.31 , for a total compensation of $ 4,716.31 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.91 , for total expenses of $ 9.91 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/06/2017            By: /s/Peter N. Metrou, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-09380 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TIMOTHY MADDEN SENNOTT | | | | Date Filed (f) or Converted (c): | 03/12/2013 (f) |
| | LIANE LEILANI SENNOTT | | | | 341(a) Meeting Date: | 04/08/2013 |
| For Period Ending: | 02/06/2017 | | | | Claims Bar Date: | 08/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 632 Rock Spring Road Naperville, IL 60563 | 400,000.00 | 0.00 | | 49,663.12 | FA |
| 2. Debtors' persons | 100.00 | 0.00 | | 0.00 | FA |
| 3. First Midwest Bank, checking, xxxxx2104, account i | 0.00 | 0.00 | | 0.00 | FA |
| 4. Naperville Bank & Trust, checking, xxxxx1588 | 2,625.91 | 0.00 | | 0.00 | FA |
| 5. Living room: sofa, upholstered chair, wooden plant | 10,320.00 | 0.00 | | 0.00 | FA |
| 6. various and miscellaneous books including, but not | 260.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel including, but not limit | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. wedding ring, costume jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 9. homeowners' insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10. health insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. TD Capital Holdings, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12. VPC III (no business activity) | 0.00 | 0.00 | | 0.00 | FA |
| 13. B & P Properties | 0.00 | 0.00 | | 0.00 | FA |
| 14. Yorkville Properties | 0.00 | 0.00 | | 0.00 | FA |
| 15. Yorkville Partners II, LLC (no business activity) | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2009 Chevrolet Traverse | 15,825.00 | 0.00 | | 0.00 | FA |
| 17. 2006 Mercury Mountaineer | 3,500.00 | 0.00 | | 0.00 | FA |
| 18. Office: desk top computer, printer, lamp, file bas | 270.00 | 0.00 | | 0.00 | FA |
| 19. Pref Transfers           (u) | 0.00 | 0.00 | | 20,000.00 | FA |
| 20. Oswego 72, LLC (Owner of vacant Land) (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $434,700.91 | $0.00 | | $69,663.12 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to Employ Special Counsel granted on 9/12/2013 see Dkt#130. Special Counsel negotiated settlements approved by the court on 5/13/2014 see Dkt#212.  Funds Received 10/7/2014. Amended claims filed 12/28/2015. Claim objections in process and negotiated. TFR sent to UST 1/11/2017.

Exhibit A

RE PROP #        19    --    Settlement

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 01/11/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-09380
Case Name: TIMOTHY MADDEN SENNOTT
LIANE LEILANI SENNOTT

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5041
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX0222
For Period Ending: 02/06/2017

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/14 | 19 | SENNOTT, MATTHEW BURKE Address UnknownCashiers Check-Chase Bank | PREF/FRAUD TRANSFER | 1241-000 | $20,000.00 | | $20,000.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.34 | $19,984.66 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.75 | $19,955.91 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $29.67 | $19,926.24 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $29.62 | $19,896.62 |
| 10/07/14 | 1 | WILL COUNTY SHERIFF Foreclosure Trust Fund14 W. Jefferson St.Joliet, IL 60432 | Surplus from Foreclosure | 1110-000 | $49,663.12 | | $69,559.74 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.63 | $69,531.11 |
| 10/16/14 | 5001 | SENNOTT, TIMOTHY MADDEN NAPERVILLE, IL 60565 | DEBTOR EXEMPTION REAL ESTATE FORECLOSURE SURPLUS | 8100-002 | | $15,000.00 | $54,531.11 |
| 10/16/14 | 5002 | SENNOTT, LIANE LEILANI NAPERVILLE, IL 60565 | DEBTOR EXEMPTION REAL ESTATE FORECLOSURE SURPLUS | 8100-002 | | $15,000.00 | $39,531.11 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $83.31 | $39,447.80 |
| 11/20/14 | 5003 | KAPLAN C/O JONATHAN D. ROSENPOKORNY & MARKS LLC6 WEST HUBBARD STREET, STE 700CHICAGO, IL 60654 | Admin Exp Claim per dckt# 236 | | | $7,347.43 | $32,100.37 |
| | | KAPLAN, SCOTT | ($6,645.00) | 3991-000 | | | |
| | | KAPLAN, SCOTT | ($702.43) | 3992-000 | | | |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $55.71 | $32,044.66 |
| 12/23/14 | 5004 | LLOYD, DAVID P. David P. Lloyd Ltd | per 12-19-14 o/c Compensation - Trustee's attorney | 3210-000 | | $10,530.00 | $21,514.66 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $69,663.12    $48,148.46

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-09380 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | TIMOTHY MADDEN SENNOTT | | Bank Name: | Associated Bank |
| | LIANE LEILANI SENNOTT | | Account Number/CD#: | XXXXXX5041 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0222 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 02/06/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $47.64 | $21,467.02 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $35.96 | $21,431.06 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.78 | $21,402.28 |
| 03/19/15 | 5005 | ADAMS LEVINE SURETY BOND AGENCY 60 EAST 42ND STREET, ROOM 965 NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $20.78 | $21,381.50 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.82 | $21,349.68 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.72 | $21,318.96 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.70 | $21,287.26 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.62 | $21,256.64 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.60 | $21,225.04 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.56 | $21,193.48 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.49 | $21,162.99 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.46 | $21,131.53 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.40 | $21,101.13 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.37 | $21,069.76 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.33 | $21,038.43 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $29.26 | $21,009.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $505.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-09380 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: TIMOTHY MADDEN SENNOTT | Bank Name: Associated Bank |
| LIANE LEILANI SENNOTT | Account Number/CD#: XXXXXX5041 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0222 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/06/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/17/16 | 5006 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $11.63 | $20,997.54 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.23 | $20,966.31 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.17 | $20,936.14 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.12 | $20,905.02 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.08 | $20,874.94 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.04 | $20,843.90 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.99 | $20,812.91 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.95 | $20,782.96 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.90 | $20,752.06 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.86 | $20,722.20 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $69,663.12 | $48,940.92 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $69,663.12 | $48,940.92 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals: $0.00    $286.97

Net　$69,063.12　$18,940.92

Exhibit B

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*　　Page Subtotals:　　$0.00　　$0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5041 - Checking Account (Non-Interest Earn | $69,663.12 | $18,940.92 | $20,722.20 |
| | $69,663.12 | $18,940.92 | $20,722.20 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $69,663.12 |
| Total Gross Receipts: | $69,663.12 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-09380-BWB  
Debtor Name: TIMOTHY MADDEN SENNOTT  
Claims Bar Date: 8/21/2014  

Date: February 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 / 3210 | DAVID P. LLOYD<br>David P. Lloyd Ltd | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $10,530.00 | $10,530.00 |
| 2A / 50 / 4220 | SCOTT KAPLAN<br>c/o Jonathan D<br>Rosen/Pokorny&Marks<br>6 West Hubbard St., Suite 700<br>Chicago, IL 60654 | Secured<br>Payment Status:<br>Invalid | (2-1) modified on 6/14/13 to correct creditor address(dg)<br><br>Additional Claim notes from conversion:<br>Amended Claim 2 by filing of claim #3 | $0.00 | $58,277.91 | $0.00 |
| 1 / 70 / 7100 | MORGAN STANLEY SMITH BARNEY LLC<br>MSSB FA Notes Holdings LLC<br>Jaffe & Asher LLP Attn Blenn P Berger<br>600 Third Ave<br>New York, NY 10016 | Unsecured<br>Payment Status:<br>Valid To Pay | | $55,000.00 | $66,235.18 | $66,235.18 |
| 3A / 70 / 7100 | SCOTT KAPLAN<br>c/o Jonathan D<br>Rosen/Pokorny&Marks<br>6 West Hubbard St., Suite 700<br>Chicago, IL 60654 | Unsecured<br>Payment Status:<br>Valid To Pay | Treated as Amended Claim to Claim #2 | $147,124.01 | $89,655.85 | $89,655.85 |
| 4 / 70 / 7100 | STEVEN & JULIE PIGGOTT<br>c\o Edward J. Sedlacek<br>HUCK BOUMA PC<br>1755 S. Naperville Road, #200<br>Wheaton, Illinois 60189 | Unsecured<br>Payment Status:<br>Valid To Pay | (4-1) Money Loaned/ Fraud in the Inducement<br>(4-1) modified address (cch) 8/27/2013 | $101,000.00 | $101,000.00 | $101,000.00 |
| 5 / 70 / 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured<br>Payment Status:<br>Valid To Pay | | $472.00 | $509.04 | $509.04 |
| 6 / 70 / 7100 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | (6-1) modified on 6/11/14 to correct creditor name(dg) | $400.00 | $1,022.94 | $1,022.94 |
| 7 / 70 / 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured<br>Payment Status:<br>Valid To Pay | | $638.00 | $626.08 | $626.08 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-09380-BWB  
Debtor Name: TIMOTHY MADDEN SENNOTT  
Claims Bar Date: 8/21/2014  

Date: February 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>70<br>7100 | CAPITAL ONE N. A<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | (8-1) CREDIT CARD DEBT | $658.00 | $633.93 | $633.93 |
| 100<br>2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,716.31 | $4,716.31 |
| 100<br>2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $9.91 | $9.91 |
| BOND<br>100<br>2300 | ADAMS LEVINE<br>ADAMS LEVINE<br>SURETY BOND AGENCY60 EAST 42ND<br>STREET, ROOM 965NEW YORK, NY<br>10165 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $20.78 | $20.78 |
| 9A<br>100<br>3991 | SCOTT KAPLAN<br>2042 North Magnolia Avenue<br>Chicago, Illinois  60614 | Administrative<br>Payment Status:<br>Valid To Pay | (9-1) Application for Payment of Administrative Expenses.  Court only approved amount as indicated allowed see dckt# 236. | $0.00 | $12,137.50 | $6,645.00 |
| 9B<br>100<br>3992 | SCOTT KAPLAN<br>2042 North Magnolia Avenue<br>Chicago, Illinois  60614 | Administrative<br>Payment Status:<br>Valid To Pay | (9-1) Application for Payment of Administrative Expenses.  Court only approved amount as indicated allowed see dckt# 236. | $0.00 | $1,065.00 | $702.43 |
| BOND<br>999<br>2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $11.63 | $11.63 |
| 999<br>8100 | TIMOTHY MADDEN SENNOTT<br>NAPERVILLE, IL  60565 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>REAL ESTATE FORECLOSURE SURPLUS | $0.00 | $15,000.00 | $15,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-09380-BWB  
Debtor Name: TIMOTHY MADDEN SENNOTT  
Claims Bar Date: 8/21/2014  
Date: February 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 999 8100 | LIANE LEILANI SENNOTT NAPERVILLE, IL 60565 | Administrative Payment Status: Valid To Pay | | $0.00 | $15,000.00 | $15,000.00 |
| | Case Totals | | | $305,292.01 | $376,452.06 | $312,319.08 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-09380
Case Name: TIMOTHY MADDEN SENNOTT
           LIANE LEILANI SENNOTT
Trustee Name: Peter N. Metrou, Trustee

|  | Balance on hand | $ | 20,722.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 4,716.31 | $ 0.00 | $ 4,716.31 |
| Trustee Expenses: Peter N. Metrou | $ 9.91 | $ 0.00 | $ 9.91 |
| Attorney for Trustee Fees: DAVID P. LLOYD | $ 10,530.00 | $ 10,530.00 | $ 0.00 |
| Other: ADAMS LEVINE | $ 20.78 | $ 20.78 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 11.63 | $ 11.63 | $ 0.00 |
| Other: SCOTT KAPLAN | $ 6,645.00 | $ 6,645.00 | $ 0.00 |
| Other: SCOTT KAPLAN | $ 702.43 | $ 702.43 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 4,726.22 |
| Remaining Balance | $ 15,995.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 259,683.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MORGAN STANLEY SMITH BARNEY LLC | $ 66,235.18 | $ 0.00 | $ 4,079.96 |
| 3A | SCOTT KAPLAN | $ 89,655.85 | $ 0.00 | $ 5,522.63 |
| 4 | STEVEN & JULIE PIGGOTT | $ 101,000.00 | $ 0.00 | $ 6,221.41 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 509.04 | $ 0.00 | $ 31.36 |
| 6 | CAPITAL ONE BANK (USA), N.A. | $ 1,022.94 | $ 0.00 | $ 63.01 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 626.08 | $ 0.00 | $ 38.57 |
| 8 | CAPITAL ONE N. A | $ 633.93 | $ 0.00 | $ 39.04 |
| | Total to be paid to timely general unsecured creditors | | $ | 15,995.98 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE