IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-09380 |
| | ) | CHAPTER 7 |
| SENNOTT, TIMOTHY MADDEN and | ) | |
| SENNOTT, LIANE LEILANI, | ) | JUDGE PAMELA HOLLIS |
| Debtor(s). | ) | (Joliet) |

## NOTICE OF MOTION

To:   See Attached Service List

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 8th day of February, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　 */s/ Peter N. Metrou*
　　　　　　　　　　　　　　　　　　　　 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK  73124-8866

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

B & P Properties
632 Rock Spring Road
Naperville, IL 60565-4384

Bank Financial
5140 Main Street
Downers Grove, IL 60515-4610

Burke Sennott
1701 Longmeadow Drive
Glenview IL 60026-1548

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One
P. O. Box 30281
Salt Lake City, UT 84130-0281

Capital One
P. O. Box 85167
Richmond, VA 23285-5167

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

CASHCALL INC
1 CITY BOULEVARD WEST
SUITE 1000
ORANGE CA 92868-3611

Chase
Cardmember Service
P. O. Box 15298
Wilmington, DE 19850-5298

Chase
Cardmember Service
PO BOX 15153
Wilmington, DE 19886-5153

Chase/BP
Cardmember Service
P. O. Box 15298
Wilmington, DE 19850-5298

Citi
P.O. Box 6241
Sioux Falls, SD 57117-6241

CitiMortgage, Inc. f/k/a Citicorp Mortgage,
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Citimortgage, Inc.
P.O. Box 6243
Sioux Falls, SD 57117-6243

GE Money Bank/Lenscrafters
P. O. Box 981439
El Paso, TX 79998-1439

Inland Bank
1900 West State Street
Geneva, IL 60134-3635

Joel A Schechter ESQ
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1522
Chicago, IL 60604-3761

JP Morgan Chase Bank, N.A.
P.O. Box 901098
Fort Worth, TX 76101-2098

JPMorgan Chase Bank, N.A.
AZ1-1191
201 N. Central Ave.
Phoenix, AZ 85004-0073

Kohl's/Cap One
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051-5660

Liane Leilani Sennott
632 Rock Spring Road
Naperville, IL 60565-4384

Mary Sennott Shaw
132 East Delaware Pl
Suite 5305
Chicago IL 60611-4947

Morgan Stanley Smith Barney LLC and
Morgan S
Jaffe & Asher LLP Attn Glenn P Berger
600 Third Avenue
New York, NY 10016-1901

Morgan Stanley Smith Barney LLC
MSSB FA Notes Holdings LLC
Jaffe & Asher LLP Attn Blenn P Berger
600 Third Ave
New York, NY 10016-1901

SERVICE LIST

Oswego 72, LLC
632 Rock Spring Road
Naperville, IL 60565-4384

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Progressive Insurance
P.O. Box 105428
Atlanta, GA 30348-5428

Scott Kaplan
2042 N Magnolia
Chicago, IL 60614-4010

Scott Kaplan
2042 North Magnolia Avenue
Chicago, Illinois 60614-4010

Scott Kaplan
c/o Jonathan D Rosen/Pokorny& Marks, LLC
6 West Hubbard Street Suite 700
Chicago, IL 60654-4616

Specialty Restaurants
8191 East Kaiser Blvd
Anaheim, CA 92808-2214

Steven & Julie Piggott
703 Greymoor Place
Southland TX 79368

Steven & Julie Piggott
c/o Edward J. Sedlacek
HUCK BOUMA PC
1755 S. Naperville Road, #200,
Wheaton, Illinois 60189-5844

Target National Bank/Visa
P. O. Box 673
Minneapolis, MN 55440-0673

TD Capital Holdings, LLC
632 Rock Spring Road
Naperville, IL 60565-4384

Thomas Shea, LLC
632 Rock Spring Road
Naperville, IL 60565-4384

Tim Boos
c/o Weaver Boos Engineering
35 E Wacker Dr., Ste 1250
Chicago IL 60601-2121

Timothy Madden Sennott
632 Rock Spring Road
Naperville, IL 60565-4384

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Verizon Wireless
1515 Woodfield Road
Suite 140
Schaumburg, IL 60173-6046

Weaver Boos Engineering
35 East Wacker Drive
Suite 1250
Chicago, IL 60601-2121

Yorkville Police Department
800 Game Farm Road
Yorkville, IL 60560-1133

Yorkville Properties
632 Rock Spring Road
Naperville, IL 60565-4384

Morgan Stanley
1585 Broadway
New York, NY 10036-8293

NCO Financial Group
507 Prudential Road
Horsham, PA 19044-2308

Nordstrom FSB
P.O. Box 6555
Englewood, CO 80155-6555

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §
                                                §
TIMOTHY MADDEN SENNOTT                          §       Case No. 13-09380
LIANE LEILANI SENNOTT                           §
                                                §
          Debtors                               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>  219 S. Dearborn Street
>  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on March 3, 2017 in
>  Joliet City Hall
>  150 West Jefferson, 2nd Floor
>  Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/08/2017            By: /s/ Peter N. Metrou
                                          Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
TIMOTHY MADDEN SENNOTT § Case No. 13-09380
LIANE LEILANI SENNOTT §
§
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 69,663.12 |
| and approved disbursements of | $ | 48,940.92 |
| leaving a balance on hand of[1] | $ | 20,722.20 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 4,716.31 | $ 0.00 | $ 4,716.31 |
| Trustee Expenses: Peter N. Metrou | $ 9.91 | $ 0.00 | $ 9.91 |
| Attorney for Trustee Fees: DAVID P. LLOYD | $ 10,530.00 | $ 10,530.00 | $ 0.00 |
| Other: ADAMS LEVINE | $ 20.78 | $ 20.78 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 11.63 | $ 11.63 | $ 0.00 |
| Other: SCOTT KAPLAN | $ 6,645.00 | $ 6,645.00 | $ 0.00 |
| Other: SCOTT KAPLAN | $ 702.43 | $ 702.43 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,726.22 |
| Remaining Balance | | $ | 15,995.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 259,683.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MORGAN STANLEY SMITH BARNEY LLC | $ 66,235.18 | $ 0.00 | $ 4,079.96 |
| 3A | SCOTT KAPLAN | $ 89,655.85 | $ 0.00 | $ 5,522.63 |
| 4 | STEVEN & JULIE PIGGOTT | $ 101,000.00 | $ 0.00 | $ 6,221.41 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 509.04 | $ 0.00 | $ 31.36 |
| 6 | CAPITAL ONE BANK (USA), N.A. | $ 1,022.94 | $ 0.00 | $ 63.01 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 626.08 | $ 0.00 | $ 38.57 |
| 8 | CAPITAL ONE N. A | $ 633.93 | $ 0.00 | $ 39.04 |

Total to be paid to timely general unsecured creditors        $ 15,995.98

Remaining Balance        $ 0.00

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.