UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
TIMOTHY MADDEN SENNOTT § Case No. 13-09380
LIANE LEILANI SENNOTT §
§
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 21,940.91<br>*(Without deducting any secured claims)* | Assets Exempt: 42,760.00 |
| Total Distributions to Claimants:  15,995.98 | Claims Discharged<br>Without Payment:  3,957,763.86 |
| Total Expenses of Administration:  23,667.14 | |

3) Total gross receipts of $ 69,663.12  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00  (see **Exhibit 2**), yielded net receipts of $ 39,663.12  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 449,115.82 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 29,522.21 | 23,667.14 | 23,667.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,570,253.01 | 259,683.02 | 259,683.02 | 15,995.98 |
| **TOTAL DISBURSEMENTS** | $ 4,019,368.83 | $ 289,205.23 | $ 283,350.16 | $ 39,663.12 |

4) This case was originally filed under chapter 7 on 03/12/2013 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2017     By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 632 Rock Spring Road Naperville, IL 60563 | 1110-000 | 49,663.12 |
| Pref Transfers | 1241-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$69,663.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LIANE LEILANI SENNOTT | Exemptions | 8100-002 | 15,000.00 |
| TIMOTHY MADDEN SENNOTT | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 30,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. P.O. Box 6243 Sioux Falls, SD 57117 | | 234,394.00 | NA | NA | 0.00 |
| | Citimortgage, Inc. P.O. Box 6243 Sioux Falls, SD 57117 | | 199,613.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank, N.A. P.O. Box 901098 Fort Worth, TX 76101-2098 | | 15,108.82 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 449,115.82 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 4,716.31 | 4,716.31 | 4,716.31 |
| Peter N. Metrou | 2200-000 | NA | 9.91 | 9.91 | 9.91 |
| ADAMS LEVINE | 2300-000 | NA | 20.78 | 20.78 | 20.78 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 11.63 | 11.63 | 11.63 |
| Associated Bank | 2600-000 | NA | 1,031.08 | 1,031.08 | 1,031.08 |
| DAVID P. LLOYD | 3210-000 | NA | 10,530.00 | 10,530.00 | 10,530.00 |
| SCOTT KAPLAN | 3991-000 | NA | 12,137.50 | 6,645.00 | 6,645.00 |
| SCOTT KAPLAN | 3992-000 | NA | 1,065.00 | 702.43 | 702.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 29,522.21 | $ 23,667.14 | $ 23,667.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Financial 5140 Main Street Downers Grove, IL 60515 | | 1,600,000.00 | NA | NA | 0.00 |
| | Bank Financial 5140 Main Street Downers Grove, IL 60515 | | 795,000.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 85520 Richmond, VA 23285 | | 13,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cash Call, Inc. 1600 South Douglas Road Anaheim, CA 92816 | | 3,000.00 | NA | NA | 0.00 |
| | Chase Cardmember Service P. O. Box 15298 Wilmington, DE 19850-5298 | | 15,037.00 | NA | NA | 0.00 |
| | Citi P.O. Box 6241 Sioux Falls, SD 57117 | | 8,585.00 | NA | NA | 0.00 |
| | GE Money Bank/Lenscrafters P. O. Box 981439 El Paso, TX 79998 | | 20.00 | NA | NA | 0.00 |
| | Inland Bank 1900 West State Street Geneva, IL 60134 | | 600,000.00 | NA | NA | 0.00 |
| | Nordstrom FSB P.O. Box 6555 Englewood, CO 80155 | | 60.00 | NA | NA | 0.00 |
| | Progressive Insurance P.O. Box 105428 Atlanta, GA 30348-5428 | | 436.00 | NA | NA | 0.00 |
| | Specialty Restaurants 8191 East Kaiser Blvd Anaheim, CA 92808 | | 220,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Tim Boos c/o Weaver Boos Engineering 35 East Wacker Dr., Suite 1250 Chicago, IL 60601 |  | 0.00 | NA | NA | 0.00 |
|  | Weaver Boos Engineering 35 East Wacker Drive Suite 1250 Chicago, IL 60601 |  | 0.00 | NA | NA | 0.00 |
|  | Yorkville Police Department 800 Game Farm Road Yorkville, IL 60560 |  | 9,823.00 | NA | NA | 0.00 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 472.00 | 509.04 | 509.04 | 31.36 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 638.00 | 626.08 | 626.08 | 38.57 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 400.00 | 1,022.94 | 1,022.94 | 63.01 |
| 8 | CAPITAL ONE N. A | 7100-000 | 658.00 | 633.93 | 633.93 | 39.04 |
| 1 | MORGAN STANLEY SMITH BARNEY LLC | 7100-000 | 55,000.00 | 66,235.18 | 66,235.18 | 4,079.96 |
| 3A | SCOTT KAPLAN | 7100-000 | 147,124.01 | 89,655.85 | 89,655.85 | 5,522.63 |
| 4 | STEVEN & JULIE PIGGOTT | 7100-000 | 101,000.00 | 101,000.00 | 101,000.00 | 6,221.41 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 3,570,253.01 | $ 259,683.02 | $ 259,683.02 | $ 15,995.98 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 13-09380 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TIMOTHY MADDEN SENNOTT | | | | Date Filed (f) or Converted (c): | 03/12/2013 (f) |
| | LIANE LEILANI SENNOTT | | | | 341(a) Meeting Date: | 04/08/2013 |
| For Period Ending: | 04/11/2017 | | | | Claims Bar Date: | 08/21/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 632 Rock Spring Road Naperville, IL 60563 | 400,000.00 | 0.00 | | 49,663.12 | FA |
| 2. Debtors' persons | 100.00 | 0.00 | | 0.00 | FA |
| 3. First Midwest Bank, checking, xxxxx2104, account i | 0.00 | 0.00 | | 0.00 | FA |
| 4. Naperville Bank & Trust, checking, xxxxx1588 | 2,625.91 | 0.00 | | 0.00 | FA |
| 5. Living room: sofa, upholstered chair, wooden plant | 10,320.00 | 0.00 | | 0.00 | FA |
| 6. various and miscellaneous books including, but not | 260.00 | 0.00 | | 0.00 | FA |
| 7. necessary wearing apparel including, but not limit | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. wedding ring, costume jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 9. homeowners' insurance | 0.00 | 0.00 | | 0.00 | FA |
| 10. health insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11. TD Capital Holdings, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12. VPC III (no business activity) | 0.00 | 0.00 | | 0.00 | FA |
| 13. B & P Properties | 0.00 | 0.00 | | 0.00 | FA |
| 14. Yorkville Properties | 0.00 | 0.00 | | 0.00 | FA |
| 15. Yorkville Partners II, LLC (no business activity) | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2009 Chevrolet Traverse | 15,825.00 | 0.00 | | 0.00 | FA |
| 17. 2006 Mercury Mountaineer | 3,500.00 | 0.00 | | 0.00 | FA |
| 18. Office: desk top computer, printer, lamp, file bas | 270.00 | 0.00 | | 0.00 | FA |
| 19. Pref Transfers                (u) | 0.00 | 0.00 | | 20,000.00 | FA |
| 20. Oswego 72, LLC (Owner of vacant Land) (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $434,700.91         $0.00         $69,663.12         $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing on sale, and other action:

Motion to Employ Special Counsel granted on 9/12/2013 see Dkt#130. Special Counsel negotiated settlements approved by the court on 5/13/2014 see Dkt#212.  Funds Received 10/7/2014. Amended claims filed 12/28/2015. Claim objections in process and negotiated. TFR sent to UST 1/11/2017. Filed NFR and Fee Apps on 2/8/2017 see Dkt #'s 244 and 245.

RE PROP #        19    --    Settlement

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 01/11/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-09380
Case Name: TIMOTHY MADDEN SENNOTT
LIANE LEILANI SENNOTT

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5041
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX0222
For Period Ending: 04/11/2017

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/14 | 19 | SENNOTT, MATTHEW BURKE Address UnknownCashiers Check-Chase Bank | PREF/FRAUD TRANSFER | 1241-000 | $20,000.00 | | $20,000.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.34 | $19,984.66 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.75 | $19,955.91 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $29.67 | $19,926.24 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $29.62 | $19,896.62 |
| 10/07/14 | 1 | WILL COUNTY SHERIFF Foreclosure Trust Fund14 W. Jefferson St.Joliet, IL 60432 | Surplus from Foreclosure | 1110-000 | $49,663.12 | | $69,559.74 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.63 | $69,531.11 |
| 10/16/14 | 5001 | SENNOTT, TIMOTHY MADDEN NAPERVILLE, IL 60565 | DEBTOR EXEMPTION REAL ESTATE FORECLOSURE SURPLUS | 8100-002 | | $15,000.00 | $54,531.11 |
| 10/16/14 | 5002 | SENNOTT, LIANE LEILANI NAPERVILLE, IL 60565 | DEBTOR EXEMPTION REAL ESTATE FORECLOSURE SURPLUS | 8100-002 | | $15,000.00 | $39,531.11 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $83.31 | $39,447.80 |
| 11/20/14 | 5003 | KAPLAN C/O JONATHAN D. ROSENPOKORNY & MARKS LLC6 WEST HUBBARD STREET, STE 700CHICAGO, IL 60654 | Admin Exp Claim per dckt# 236 | | | $7,347.43 | $32,100.37 |
| | | KAPLAN, SCOTT | | ($6,645.00) | 3991-000 | | |
| | | KAPLAN, SCOTT | | ($702.43) | 3992-000 | | |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $55.71 | $32,044.66 |
| 12/23/14 | 5004 | LLOYD, DAVID P. David P. Lloyd Ltd | per 12-19-14 o/c Compensation - Trustee's attorney | 3210-000 | | $10,530.00 | $21,514.66 |

Page Subtotals: $69,663.12    $48,148.46

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-09380 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: TIMOTHY MADDEN SENNOTT | Bank Name: | Associated Bank |
| LIANE LEILANI SENNOTT | Account Number/CD#: | XXXXXX5041 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0222 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 04/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $47.64 | $21,467.02 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $35.96 | $21,431.06 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $28.78 | $21,402.28 |
| 03/19/15 | 5005 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $20.78 | $21,381.50 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.82 | $21,349.68 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.72 | $21,318.96 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.70 | $21,287.26 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.62 | $21,256.64 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.60 | $21,225.04 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.56 | $21,193.48 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.49 | $21,162.99 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.46 | $21,131.53 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $30.40 | $21,101.13 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.37 | $21,069.76 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $31.33 | $21,038.43 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $29.26 | $21,009.17 |

Page Subtotals:    $0.00    $505.49

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-09380 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | TIMOTHY MADDEN SENNOTT | Bank Name: | Associated Bank |
|  | LIANE LEILANI SENNOTT | Account Number/CD#: | XXXXXX5041 |
|  |  |  | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0222 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 04/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/17/16 | 5006 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $11.63 | $20,997.54 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.23 | $20,966.31 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.17 | $20,936.14 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.12 | $20,905.02 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.08 | $20,874.94 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.04 | $20,843.90 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.99 | $20,812.91 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.95 | $20,782.96 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.90 | $20,752.06 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.86 | $20,722.20 |
| 03/06/17 | 5007 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $4,726.22 | $15,995.98 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($4,716.31) | 2100-000 | | |

Page Subtotals: $0.00   $5,013.19

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-09380 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | TIMOTHY MADDEN SENNOTT | Bank Name: | Associated Bank |
| | LIANE LEILANI SENNOTT | Account Number/CD#: | XXXXXX5041 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0222 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 04/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($9.91) | 2200-000 | | | |
| 03/06/17 | 5008 | MORGAN STANLEY SMITH BARNEY LLC<br>MSSB FA Notes Holdings LLC<br>Jaffe & Asher LLP Attn Blenn P Berger<br>600 Third Ave<br>New York, NY  10016 | Final distribution to claim 1 representing a payment of 6.16 % per court order. | 7100-000 | | $4,079.96 | $11,916.02 |
| 03/06/17 | 5009 | SCOTT KAPLAN<br>c/o Jonathan D Rosen/Pokorny&Marks<br>6 West Hubbard St., Suite 700<br>Chicago, IL  60654 | Final distribution to claim 3 representing a payment of 6.16 % per court order. | 7100-000 | | $5,522.63 | $6,393.39 |
| 03/06/17 | 5010 | STEVEN & JULIE PIGGOTT<br>c\o Edward J. Sedlacek<br>HUCK BOUMA PC<br>1755 S. Naperville Road, #200<br>Wheaton, Illinois  60189 | Final distribution to claim 4 representing a payment of 6.16 % per court order. | 7100-000 | | $6,221.41 | $171.98 |
| 03/06/17 | 5011 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Final distribution to claim 5 representing a payment of 6.16 % per court order. | 7100-000 | | $31.36 | $140.62 |
| 03/06/17 | 5012 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 6 representing a payment of 6.16 % per court order. | 7100-000 | | $63.01 | $77.61 |
| 03/06/17 | 5013 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Final distribution to claim 7 representing a payment of 6.16 % per court order. | 7100-000 | | $38.57 | $39.04 |
| 03/06/17 | 5014 | CAPITAL ONE N. A<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 8 representing a payment of 6.16 % per court order. | 7100-000 | | $39.04 | $0.00 |

COLUMN TOTALS   $69,663.12   $69,663.12

Page Subtotals:   $0.00   $15,995.98

UST Form 101-7-TDR (10/1/2010) (Page: 13)

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $69,663.12 | $69,663.12 |
| Less: Payments to Debtors | $0.00 | $30,000.00 |
| Net | $69,663.12 | $39,663.12 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5041 - Checking Account (Non-Interest Earn | $69,663.12 | $39,663.12 | $0.00 |
| | $69,663.12 | $39,663.12 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $69,663.12 |
| Total Gross Receipts: | $69,663.12 |